JS-6
REMAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DINA MARIA KOSS,

        Plaintiff,

  v.

LAWURENCE TSEU, et al.,

        Defendants.

Case No. CV 18-8384-GW(Ex)

**ORDER REMANDING CASE TO STATE COURT**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this instant action shall be remanded to the Superior Court of California for the County of Los Angeles upon the Court's order; Once the instant action is remanded, Plaintiffs complaint shall be amended to add KENWORTH SALES CO. as a defendant; Once Plaintiffs complaint has been amended to add KENWORTH SALES CO. as a defendant, KENWORTH SALES CO. shall waive personal service and sign off on a Notice of Acknowledgement of Receipt accordingly; and KENWORTH SALES CO. shall file an answer accordingly.

IT IS SO ORDERED.

Dated: March 15, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE